PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexander Alix          Cr.: 03-00244-001

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 08/20/03
**Violation of Probation:** 01/16/04

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 2 years probation; $100 special assessment; $2,214.10 restitution; full financial disclosure; and no new debt.
**Re-Sentence on Violation:** Probation revoked; 7 months imprisonment; 24 months supervised release; previous conditions continued.

Type of Supervision: Supervised Release      Date Supervision Commenced: 08/06/04

Assistant U.S. Attorney: Anthony Moscato      Defense Attorney: Linda Foster (AFPD)

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons to be held in abeyance until pending case is resolved

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1          The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On July 9, 2006, the offender was arrested by U.S. Park Rangers at the National Gateway Park (Sandy Hook) and charged with possession of a controlled dangerous substance and possession with intent to distribute less than 50 grams of marijuana. Alix was released pending a court appearance scheduled for September 6, 2006, before U.S. Magistrate Judge Anthony R. Mautone.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature]*

By: Anthony J. Nisi
U.S. Probation Officer
Date: 07/28/06

PROB 12C - Page 2
Alexander Alix

THE COURT ORDERS:

[X] The Issuance of a Summons to be Held in Abeyance
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/11/06
_____
Date

**Dennis M. Cavanaugh**
U.S. District Judge